not err in refusing to go beyond that subject (*cf., People v Weinberg*, 83 NY2d 262, 267-268; *People v Almodovar*, 62 NY2d 126, 131-132). We note that the jurors appeared satisfied with the court's supplemental charge; they expressed no confusion and did not request further information or clarification (*see, People v Almodovar, supra*, at 132; *People v Malloy*, 55 NY2d 296, 303, *cert denied* 459 US 847).

The verdict is not against the weight of the evidence. Defendant's guilt is established by the accomplice testimony and by defendant's written and videotaped confessions. As a counterweight to that evidence, defendant points only to inconsistencies in his statement and minor discrepancies in the testimony. This is not a case in which the jury "has failed to give the evidence the weight it should be accorded" (*People v Bleakley*, 69 NY2d 490, 495).

We have considered defendant's challenge to the severity of the sentence and conclude that it is without merit. (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Murder, 2nd Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC WATKINS, Appellant. (Appeal No. 1.) [666 NYS2d 866] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC WATKINS, Appellant. (Appeal No. 2.) [666 NYS2d 866] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Robbery, 3rd Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

 In the Matter of DANIEL AUBIN, Petitioner, v COUNTY OF JEFFERSON (HIGHWAY DEPARTMENT), Respondent. [667 NYS2d 530] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner, a mechanic employed by respondent, County of Jefferson Highway Department (County), was subjected to a random breath alcohol test procedure pursuant to the County's Drug and Alcohol Testing Policy (Policy) for safety sensitive positions. The initial screening test yielded a positive .052 result, and a confirmatory test yielded a positive .047 result. Because the test results exceeded